■ RUTH HOWARD, Respondent, v ROBERT HOWARD, Appellant.—Order unanimously affirmed, with costs, on the memorandum at Erie County Court, Dworakowski, J. (Appeal from order of Erie County Court—vacate subpoenas.) Present—Dillon, P. J., Cardamone, Schnepp, Doerr and Witmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL DINGLE, Appellant, v HAROLD J. SMITH, as Superintendent of the Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Assigned counsel's request to withdraw granted. (See *People v Crawford,* 71 AD2d 38.) (Appeal from judgment of Wyoming Supreme Court—habeas corpus.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ In the Matter of FRANK WILLIAMS, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.—Judgment unanimously affirmed (see *Matter of Russo v New York State Bd. of Parole,* 50 NY2d 69).(Appeal from judgment of Cayuga Supreme Court—art 78.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.